NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 905

IN RE SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, and
DEBIOPHARM S.A.,

Petitioners.

On petition for writ of mandamus to the United States District Court for the District of
New Jersey in case no. 3:07-cv-2762, Judge Joel A. Pisano.

ON MOTION

Before MAYER, CLEVENGER, and RADER, Circuit Judges.

MAYER, Circuit Judge.

## ORDER

Sanofi-Aventis U.S. LLC et al. petition for a writ of mandamus to direct the United States District Court for the District of New Jersey to vacate its judgment entered on June 30, 2009. Sandoz, Inc., Teva Parenteral Medicines, Inc. et al. (Teva), Mayne Pharma Limited et al. (Mayne), Barr Laboratories, Inc. et al. (Barr), and W.C. Heraeus GmbH oppose. Mustafa Nevzat Sanayii A.S. et al. and Sun Pharmaceutical Industries Ltd. take no position. Teva, Mayne, and Barr move for leave to file a reply to Sandoz's response with reply attached. Sanofi et al. move for leave to reply with reply attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for a writ of mandamus is denied.

(2) Teva, Mayne, and Barr's motion for leave to file a reply is granted.

(3) Sanofi et al.'s motion for leave to reply is granted.

FOR THE COURT

JUL 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert B. Wilson, Esq.
Dominick A. Conde, Esq.
James H. Hurst, Esq.
David M. Hashmall, Esq.
Dutch Chung, Esq.
Patricia J. Thompson, Esq.
Charles D. Ossola, Esq.
Keith D. Parr, Esq.
Gail J. Standish, Esq.
Scott b. Feder, Esq.
Steven Lieberman, Esq.
Steven A. Maddox, Esq.
Andrew M. Berdon, Esq.
Daniel G. Brown, Esq.
Steven H. Sklar, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 0 2009

JAN HORBALY
CLERK

Misc. 905                    - 2 -